IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 5:12CR102 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| v. ) | |
| ) | |
| BRIAN EGER, ) | <u>FINAL ORDER OF</u> |
| ) | <u>GARNISHMENT</u> |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| RAYMOND JAMES & ASSOCIATES, INC. ) | |
| ) | |
| Garnishee. ) | |

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an answer on August 16, 2023 stating that at the time of service of the Writ, the Garnishee had possession or control of personal property belonging to and/or due to the Defendant, and that the Garnishee was indebted to the Defendant in the sum of $559,206.60, as of August 14, 2023. As of March 3, 2025, the outstanding sum of the restitution debt Defendant owes jointly and severally is $354,832.76.

Defendant was properly served with the Writ of Continuing Garnishment and notified of the right to a hearing. Now that a hearing has taken place, Plaintiff and Defendant agree to this Proposed Final Order of Garnishment as set forth below.

Having considered the Application, Garnishee's Answer of Garnishment, the parties' submissions at and following the requested hearing, and all related filings and events, the Court orders as follows:

IT IS ORDERED that, until such time as this Order is satisfied by the final payment noted herein, Defendant shall cause the traditional IRA (account ending '3743) to maintain a minimum market value as follows: (1) from the date of this Order until the payment due March 15, 2026 is made, the account shall contain at least $300,000.00 in value; (2) following the payment due March 15, 2026, until after the payment due March 15, 2027 is made, the account shall contain at least $250,000 in value; and (3) following the payment date of the payment due March 15, 2027, the account shall contain at least $200,000 in value. Defendant agrees to notify counsel for the Government within two Business Days if at any time the market value of the traditional IRA drops below the minimum value. Defendant agrees that the Government has the authority to take the following actions: (1) independently contacting the Garnishee to obtain the current market value of the IRA at any time while this Order is in effect, and (2) in the event that the IRA value drops below the agreed-upon minimum, directing the Garnishee to liquidate any securities or other assets held in the IRA necessary to secure all future payments to be made pursuant to this Order.

IT IS ORDERED that the Garnishee shall make payments pursuant to this Order as set forth in the following schedule:

(1) On or about April 3, 2025, Garnishee shall disburse to the Clerk of the Court (a) the amount contained within the Roth IRA in full, and (b) $25,000 from the funds held in the traditional IRA;

(2) On or about March 15, 2026, Garnishee shall disburse to the Clerk of the Court $72,000 from the funds held in the traditional IRA;

(3) On or about March 15, 2027, Garnishee shall disburse to the Clerk of the Court $72,000 from the funds held in the traditional IRA;

(4) On or about March 15, 2028, Garnishee shall disburse to the Clerk of the Court $72,000 from the funds held in the traditional IRA; and

(5) On or about March 15, 2029, Garnishee shall disburse to the Clerk of the Court the remaining outstanding balance of Defendant's restitution debt, after notice from the Government regarding the amount owed at that time; *provided, however*, that in the event that Defendant's restitution debt decreases, whether due to his own additional payments or joint-and-several payments from co-defendants, such that any scheduled payments referenced herein become unnecessary, the Government shall alert the Garnishee as soon as practicable and shall seek a modification to this Order accordingly.

IT IS ORDERED that the parties agree that, in the event Defendant makes any voluntary payment apart from the payments scheduled above, the parties may confer and agree on an adjustment to the above-listed payment schedule as appropriate; *provided, however*, that the parties must submit a proposed modification to the Court no later than thirty (30) calendar days before any scheduled payment is due to be made.

The Garnishee will pay said amounts to the U.S. Clerk of Courts, and mail to: U.S. Courthouse, 801 West Superior Avenue, Room 1-127, Cleveland, Ohio, 44113, and note the Court case number on each check to ensure the payments are properly credited to the Defendant.

| 3/18/2025 | /s/ John R. Adams |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |